UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| KENTUCKIANA MEDICAL CENTER LLC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CLARK COUNTY, INDIANA, et al., <br><br> Defendants. | ) ) ) ) ) ) Cause No.   4:05-CV-0086 SEB-WGH ) ) ) ) ) |

## **JUDGMENT**

Pursuant to the Court's prior entries, final judgment is entered in favor of Plaintiffs and against Defendants. Each party shall bear its own costs. IT IS SO ORDERED.

Date:   05/26/2006

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copy to:

Jeanne Marie Cors
TAFT STETTINIUS & HOLLISTER LLP
cors@taftlaw.com

David J. Mallon JR
ICE MILLER LLP
mallon@icemiller.com

Scott D. Matthews
ICE MILLER LLP
scott.matthews@icemiller.com

William C. Moyer
LORCH & NAVILLE, LLC
wmoyer@lorchnaville.com

Michael G. Naville
LORCH & NAVILLE, LLC
mnaville@lorchnaville.com

Gene Forrest Price
FROST BROWN & TODD
gprice@fbtlaw.com

Ernest W. Smith
SMITH BARTLETT HEEKE
CARPENTER THOMPSON &
FONDRISI
bills@smithbartlett.com

Daniel R. Warncke
TAFT STETTINIUS & HOLLISTER
LLP
warncke@taftlaw.com

Philip A. Whistler
ICE MILLER LLP
philip.whistler@icemiller.com